IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:05CR00443-004 LJO |
|---|---|
| Plaintiff, | ORDER FOR RELEASE |
| v. | |
| DARRELL KENNETH MOORE, | |
| Defendant. | |

The above-named defendant having been sentenced on January 28, 2019,

IT IS HEREBY ORDERED that the defendant shall be released on February 27, 2019 at 8:00am. A Judgment and Commitment was filed on February 7, 2019.

IT IS SO ORDERED.

Dated: **February 7, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE